UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  22-cv-61928-WPD

GARFIELD SPENCE,

     Plaintiff,

v.

CHELSEA DEVELOPMENT AND
INVESTMENT CORP.

     Defendant.

_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal With Prejudice (the "Notice") [DE 11], filed herein on November 29, 2022.  The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Notice [DE 11] is hereby **APPROVED**.

2.  This case is **DISMISSED WITH PREJUDICE**.

3.  The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of November, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record